No. 2394.—COMMERCIAL BANK OF KENTUCKY *v.* EDWARD NALLE & CO.

From and after the commencement of hostilities between the United States and the so-called Confederate States, all intercourse, trade and business was prohibited between the inhabitants of the two sections of the country. An indorsement of a promissory note, made by a resident of the so-called Confederacy, on a promissory note held by a citizen residing in one of the adhering States during the late war, was therefore void and not binding on the indorser.

If the consideration of an obligation be shown to be Confederate treasury notes, its payment can not be enforced by the courts of Louisiana. Constitution, article 127.

APPEAL from the Fourth District Court, parish of Orleans. *Théard,* J. *Hart & Roberts,* for plaintiff and appellant. *Race, Foster & E. T. Merrick,* for defendants and appellees.

WYLY, J. The plaintiff appeals from the judgment rejecting its demand against the defendants, who were sued as indorsers of a promissory note.

The defense is the illegality of the contract of indorsement, because at the time it was made at New Orleans, in 1862, all intercourse was prohibited between them and the plaintiff, the former being domiciled in Kentucky and the latter in Louisiana. The defendants also pleaded that the consideration for said indorsement was Confederate money.

Both defenses are established beyond doubt by the evidence in the record.

Judgment affirmed.